

# NUMBER 13-18-00352-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

REZA VAFAIYAN A/K/A
GHOLAMREZA VAFAIYAN,                                    Appellant,

v.

THE STATE OF TEXAS,                                    Appellee.

## On appeal from the 250th District Court
## of Travis County, Texas.

# ORDER
### Before Justices Rodriguez, Contreras, and Benavides
### Order Per Curiam

On October 22, 2018, appellant filed a pro se "Motion for 60 Day Time After Receiving Appellate Record to Reply To AG Motion to Dismiss the Appeal and Request for Appellate Record and Proper Notification." We construe the motion, in part, as a request for a copy of the clerk's and reporter's records. The Court has ascertained that there is no reporter's record. The clerk's record reflects that appellant filed an affidavit of indigence and no contest has been filed.

Texas Rule of Civil Procedure 145 governs a party's claim that the party is unable to afford costs for preparation of the appellate record. *See* TEX. R. CIV. P. 145. A party who files a statement of inability to afford payments of court costs cannot be required to pay costs except by order of the court. *See* TEX. R. CIV. P. 145(a). Cost are defined to include "fees charged by the clerk or court reporter for preparation of the appellate record." *See* TEX. R. CIV. P. 145(c).

Appellant is currently unable to prepare his brief because he has not been provided with a copy of the clerk's record. Accordingly, we GRANT appellant's motion for a copy of the clerk's record, ORDER that the trial court provide appellant with a paper copy of the clerk's record at no cost on or before December 7, 2018, and that the trial court notify this Court as to the date upon which the record was mailed to appellant.

Appellant also requested a second extension to respond to the State's motion to dismiss. Appellant's motion is GRANTED in part and he shall file his response to the Attorney General's motion to dismiss within forty-five days of receiving the clerk's record. He shall also file appellant's brief within sixty days of receiving this order. The State shall file its response brief within 30 days of appellant filing his brief with the Clerk of this Court. If this Court does not receive appellant's brief as ordered, we may *sua sponte* dismiss the appeal. TEX. R. APP. P. 38.8(a)(1).

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed the
27th day of November, 2018.